THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICHAEL CHAVERS, Defendant-Appellant.

(No. 59737;

First District (3rd Division)—June 20, 1974.

PER CURIAM.
DEMPSEY, J., took no part.

No appearance for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.